**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Edward T. McGrath and | ) **Related Document No.** 86-85 |
| Sandra McGrath, | ) |
| **Movants,** | ) **Hearing Date:** 01/30/18 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 01/30/18 by 8:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
Second Expedited Motion to Approve Automobile Financing – Document No. 85

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Second Expedited Motion to Approve Automobile Financing** filed on **January 23, 2018**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Second Expedited Motion to Approve Automobile Financing** appears thereon. Pursuant to the Notice of Hearing, objections to the **Second Expedited Motion to Approve Automobile Financing** were to be filed and served no later than **8:00 a.m. on January 30, 2018**.

It is hereby respectfully requested that the Order attached to the **Second Expedited Motion to Approve Automobile Financing** be entered by the Court.

Date: January 30, 2018
/s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA ID #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, PA ID #30861**
dvalencik@c-vlaw.com
/s/ Michael Kaminski
**Michael Kaminski, PA ID #53493**
mkaminski@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**