# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) Chapter 13 |
|     **Debtors,** | ) |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) Hearing Date: |
|     **Movants,** | ) Response Due: |
|     v. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Document No. 85 |
|     **Respondent.** | ) **ENTERED BY DEFAULT** |

## ORDER OF COURT

**AND NOW,** to-wit, this __30th__ day of ____January____, 2018, on Motion of the Debtors, it is hereby **ORDERED** that the Debtors are authorized to obtain secured financing for the purchase of a vehicle for the capitalized cost of $17,000.00;

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement not to exceed seventy-two (72) months.

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement not to exceed 21% interest.

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement that requires the monthly payments to be paid outside of the Chapter 13 Plan.

**IT IS ORDERED**, that the Debtors are authorized to trade in the 2005 Chrysler Town & Country Van as part of a financing agreement on a vehicle purchase.

By the Court,

FILED
1/30/18 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* (signature)
**Honorable Carlota M. Böhm    dmr**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward T. McGrath
Sandra McGrath
    Debtors

Case No. 17-21086-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2     Date Rcvd: Jan 30, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db/jdb         +Edward T. McGrath,    Sandra McGrath,    75 Linshaw Ave.,    Pittsburgh, PA 15205-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

         David Z. Valencik    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         David Z. Valencik    on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         David Z. Valencik    on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         David Z. Valencik    on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         Donald R. Calaiaro    on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         Donald R. Calaiaro    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         Edward T. Harvey    on behalf of Creditor SouthWest Communities Federal Credit Union, formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com

         James Warmbrodt    on behalf of Defendant Fifth Third Bank, N.A. bkgroup@kmllawgroup.com

         James Warmbrodt    on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com

         Jeffrey R. Hunt    on behalf of Creditor Montour School District jhunt@grblaw.com, cnoroski@grblaw.com

         Jeffrey R. Hunt    on behalf of Creditor Borough of Ingram jhunt@grblaw.com, cnoroski@grblaw.com

         Jeffrey R. Hunt    on behalf of Creditor County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com

         Laura M. McCurdy    on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer, LLC. lmccurdy@wbklegal.com

         Laurence A. Mester    on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com

         Mary F. Kennedy    on behalf of Defendant Fifth Third Bank, N.A. mary@javardianlaw.com, tami@javardianlaw.com

         Mary F. Kennedy    on behalf of Creditor Fifth Third Bank, an Ohio Banking Corporation mary@javardianlaw.com, tami@javardianlaw.com

         Michael Kaminski    on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         Michael Kaminski    on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com

         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: dric                Page 2 of 2            Date Rcvd: Jan 30, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                     TOTAL: 22