# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Edward T. McGrath and | ) **Related Document No.** 93-85 |
| Sandra McGrath, | ) |
| **Movants,** | ) |
| v. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

## REPORT OF PURCHASE OF VEHICLE

**AND NOW,** come the Debtors, by and through their attorneys, David Z. Valencik and Calaiaro Valencik, and present the following:

1. This case was filed on March 21, 2017, under Chapter 13 of the United States Bankruptcy Code.

2. The Debtors filed a Motion to Approve Automobile Financing with the Court on January 23, 2018.

3. On January 30, 2018, at Document No. 93, the Court entered an Order authorizing the Debtors to purchase a vehicle.

4. The Debtors purchased a 2012 Buick Lacrosse.

5. The total cost of the vehicle was $15,098.58.

6. The term of financing was for sixty-seven (67) months.

7. The interest rate of the financing was 21%.

8. The monthly payment is $390.94.

9. The Court approved the Debtors request that the payments be made outside of the Chapter 13 Plan and no amendment to the Debtors current Chapter 13 plan is necessary.

**Respectfully submitted,**

**DATED:** March 5, 2018,  **BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**

**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**