IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: **17-21086-CMB** |
| EDWARD T. McGRATH and SANDRA L.McGRATH, | Chapter 13 |
| Debtors, | Related Document No.: 100 |
| --------------------------------------------------------- | Hearing Date: **04/11/18 @ 11:00 A.M.** |
| EDWARD T. McGRATH and SANDRA L. McGRATH, | Response Due: **03/23/18** |
| Movants, | |
| v. | |
| SOUTHWEST COMMUNITIES FCU, fka UES COMMUNITY FCU, | |
| Respondent. | |

### RESPONSE OF SOUTHWEST COMMUNITIES FCU fka UES COMMUNITY FCU TO DEBTORS' MOTION TO APPROVE LOAN MODIFICATION

AND NOW, comes the Respondent, SOUTHWEST COMMUNITIES FCU fka UES COMMUNITY FCU, by and through its counsel, Edward T. Harvey, Esquire and the law firm of Hergenroeder Rega Ewing & Kennedy, LLC, and states the following:

1)	Respondent, SOUTHWEST COMMUNITIES FCU fka UES COMMUNITY FCU ("SOUTHWEST"), is the holder of a first lien Mortgage on the Debtors' residence located at 75 Linshaw Avenue, Borough of Ingram, Allegheny County, Pennsylvania 15205.

2)	SOUTHWEST consents to the Debtors' Motion.

                                                Respectfully submitted,

                                                HERGENROEDER REGA
                                                EWING & KENNEDY, LLC

Dated: March 6, 2018                     By: /s *Edward T. Harvey*
                                                  Edward T. Harvey, Esquire
                                                  PA Id. No.: 43908
                                                  Email: eharvey@hrslaw.com

                                                Centre City Tower, Suite 1700
                                                650 Smithfield Street
                                                Pittsburgh, PA  15222
                                                Telephone:  (412)  208-3298
                                                Facsimile:   (412)  281-7727

                                                *Counsel for Creditor,*
                                                *SouthWest Communities FCU,*
                                                *formerly known as UES Community FCU*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: **17-21086-CMB** |
| EDWARD T. McGRATH and SANDRA L. McGRATH, | Chapter 13 |
| Debtors, | Related Document No.: |
| ----------------------------------------------------- | Hearing Date:  **04/11/18 @ 11:00 A.M.** |
| EDWARD T. McGRATH and SANDRA L. McGRATH, | Response Due:  **03/23/18** |
| Movants, | |
| v. | |
| SOUTHWEST COMMUNITIES FCU, fka UES COMMUNITY FCU, | |
| Respondent. | |

## CERTIFICATE OF SERVICE OF
## RESPONSE OF SOUTHWEST COMMUNITIES FCU fka UES COMMUNITY FCU
## TO DEBTORS' MOTION TO APPROVE LOAN MODIFICATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 6, 2018**.

The type of service made on the parties was: **MAILED BY U.S. FIRST-CLASS REGULAR MAIL**

| | |
|---|---|
| Edward T. McGrath and<br>Sandra L. McGrath<br>75 Linshaw Avenue<br>Pittsburgh, PA  15205<br>*Debtors* | David Z. Valencik, Esquire<br>CALAIARO VALENCIK<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA  15219<br>*Counsel for Debtors* |
| Ronda J. Winnecour, Esquire<br>U.S. Steel Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>*Chapter 13 Trustee* | Office of the U.S. Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA  15222<br>*U.S. Trustee* |

Respectfully submitted,

HERGENROEDER REGA
EWING & KENNEDY, LLC

Dated: March 6, 2018     By: /s *Edward T. Harvey*
        Edward T. Harvey, Esquire
        PA Id. No.: 43908
        Email: eharvey@hrslaw.com

        Centre City Tower, Suite 1700
        650 Smithfield Street
        Pittsburgh, PA 15222
        Telephone: (412) 208-3298
        Facsimile:  (412) 281-7727

        *Counsel for Creditor,*
        *SouthWest Communities FCU,*
        *formerly known as UES Community FCU*