**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) **Chapter 13** |
| Sandra McGrath, | ) |
| **Debtors,** | ) **Related Document No.** 99-98 |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Hearing Date:** 04/11/18 @ 11:00 a.m. |
| **Movants,** | ) **Response Due:** 03/22/18 |
| v. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion To Approve Automobile Financing - Document No. 98**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion To Approve Automobile Financing** filed on March 5, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion To Approve Automobile Financing** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion To Approve Automobile Financing** were to be filed and served no later than March 23, 2018.

It is hereby respectfully requested that the Order attached to the **Motion To Approve Automobile Financing** be entered by the Court.

**Dated:** March 23, 2018

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538
dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361
dvalencik@c-vlaw.com**

/s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493
mkaminski@c-vlaw.com
CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**