# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edward T. McGrath and<br>Sandra McGrath,<br>    **Debtors,**<br>Edward T. McGrath and<br>Sandra McGrath,<br>    **Movants,**<br>        v.<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    **Respondent.** | ) Bankruptcy No. 17-21086 CMB<br>)<br>) Chapter 13<br>)<br>)<br>)<br>) Hearing Date: 04/11/18 @ 11:00 a.m.<br>) Response Due: 03/22/18<br>) Related to:<br>) Document No. 98<br>) |

**ENTERED BY DEFAULT**

## ORDER OF COURT

**AND NOW,** to-wit, this  26th  day of    March   , 2018, on Motion of the Debtors, it is hereby **ORDERED** that the Debtors are authorized to obtain secured financing for the purchase of a vehicle for the capitalized cost of $12,000.00;

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement not to exceed seventy-two (72) months.

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement not to exceed 21% interest.

**IT IS ORDERED**, that the Debtors are authorized to enter into a financing agreement that requires the monthly payments to be paid outside of the Chapter 13 Plan.

**IT IS ORDERED**, that payments to Capital One Auto Finance, a division of Capital One, N.A., for the 2007 Mercury Milan will immediately cease. The Debtors will file an Amended Plan following the purchase of a new vehicle.

By the Court,

_____
**Honorable Carlota M. Böhm**        kmt
**United States Bankruptcy Judge**

FILED
3/26/18 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21086-CMB
Edward T. McGrath                                                       Chapter 13
Sandra McGrath
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Mar 26, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb          +Edward T. McGrath,    Sandra McGrath,    75 Linshaw Ave.,    Pittsburgh, PA 15205-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Edward  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Sandra  McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Edward T. Harvey    on behalf of Creditor    SouthWest Communities Federal Credit Union, formerly
               known as UES Community Federal Credit Union eharvey@hrslaw.com,     dscott@hrslaw.com
              James  Warmbrodt     on behalf of Defendant    Fifth Third Bank, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer,
               LLC. lmccurdy@wbklegal.com
              Laurence A. Mester     on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Mary F. Kennedy    on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Fifth Third Bank, an Ohio Banking Corporation
               mary@javardianlaw.com,    tami@javardianlaw.com
              Michael  Kaminski     on behalf of Plaintiff Edward  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Michael  Kaminski     on behalf of Plaintiff Sandra  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: kthe              Page 2 of 2             Date Rcvd: Mar 26, 2018
                              Form ID: pdf900        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                         TOTAL: 22