IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra L. McGrath, | ) **Chapter** 13 |
|          **Debtors,** | ) |
| Edward T. McGrath and | ) **Hearing Date:** 04/11/18 @ 11:00 a.m. |
| Sandra L. McGrath, | ) |
| **Movants,** | ) **Response Due:** 03/23/18 |
|    v. | ) |
| Southwest Communities FCU, | ) Related to: |
| **Respondent.** | ) **Document No.** 100 |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, this __5th__ day of ____April____, 2018, on motion of the Debtors, it is hereby **ORDERED** that the Loan Modification Agreement between Southwest Communities FCU and the Debtors is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $106,375.77 (the "New Principal Balance").

B. **Interest Rate**: The Debtors promise to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 4.15% for the life of Debtors' modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $517.28. The itemized breakdown of the total monthly payment is as follows:
    i. Principal and Interest portion of payment = $517.28.
    ii. Tax and Insurance portion of payment = $0.00.

E. **Payment Term**: The first New Monthly Payment will be due on March 1, 2018, with all of the subsequent New Monthly Payments due on the first day of each month following this date and continuing until the maturity date on June 1, 2047.

**IT IS ORDERED**, that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED**, that the executed Home Affordable Loan Modification Agreement is approved.

By the Court,

*[signature]*

**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
4/5/18 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                         Case No. 17-21086-CMB
Edward T. McGrath                                              Chapter 13
Sandra McGrath
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 2              Date Rcvd: Apr 05, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db/jdb         +Edward T. McGrath,    Sandra McGrath,    75 Linshaw Ave.,    Pittsburgh, PA 15205-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Edward  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Sandra  McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Edward T. Harvey    on behalf of Creditor    SouthWest Communities Federal Credit Union, formerly
               known as UES Community Federal Credit Union eharvey@hrslaw.com,    dscott@hrslaw.com
              James  Warmbrodt     on behalf of Defendant    Fifth Third Bank, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer,
               LLC. lmccurdy@wbklegal.com
              Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Mary F. Kennedy    on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Fifth Third Bank, an Ohio Banking Corporation
               mary@javardianlaw.com,    tami@javardianlaw.com
              Michael  Kaminski    on behalf of Plaintiff Edward  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Michael  Kaminski    on behalf of Plaintiff Sandra  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2                  User: kthe                   Page 2 of 2                   Date Rcvd: Apr 05, 2018
                                      Form ID: pdf900              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 22
```