Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Edward T. McGrath**
**Sandra McGrath**
   Debtor(s)

Bankruptcy Case No.: 17–21086–CMB
Issued Per June 21, 2018 Proceeding
Chapter: 13
Docket No.: 115 – 108, 113
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 15, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $1,071 as of July 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The post–petition utility claim of Peoples Natural Gas Co., LLC is a priority administrative claim.

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 28, 2018

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-21086-CMB
Edward T. McGrath                                                        Chapter 13
Sandra McGrath
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3             Date Rcvd: Jun 28, 2018
                              Form ID: 149            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db/jdb         +Edward T. McGrath,   Sandra McGrath,   75 Linshaw Ave.,   Pittsburgh, PA 15205-2048
cr             +Borough of Ingram,   437 Grant Street, 14th Floor,   Frick Building,   Frick Building,
                 Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr             +Montour School District,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219-6101
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14646892       +Borough of Ingram,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14646917       +Borough of Ingram/Montour School District,   Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14649342        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14646918       +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14385916       +Duquesne Light Company,   Payment Processing Center,   P.O. Box 67,   Pittsburgh, PA 15267-0067
14385917       +Edward T. Harvey, Esquire,   Hergenroeder Rega Ewing & Kennedy, LLC,
                 650 Smithfield St. , Suite 1700,   Pittsburgh, PA 15222-3913
14385918      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   5050 Kingsley, 1M0C2J,   Cincinnati, OH 45263)
14385919       +Harry A. Readshaw, Esquire,   Eckert Seamans Cherin & Mellott, LLC,
                 60 Grant Street, 44th Floor,   Pittsburgh, PA 15223-1820
14385922       +Janet Chada,   40 West Prospect AVe.,   Pittsburgh, PA 15205-2241
14385923       +John K. Weinstein, County Treasurer,   Room 108 Courthouse,   436 Grant Street,
                 Pittsburgh, PA 15219-2429
14385924       +Jordan Tax Service, Inc.,   102 Rahway Road,   Canonsburg, PA 15317-3349
14385925       +Jordan Tax Services,   PO Box 200,   Bethel Park, PA 15102-0200
14647952       +Montour School District,   C/O Weiss Burkardt Kramer, LLC.,   445 Fort Pitt Blvd., Ste. 503,
                 Pittsburgh, PA 15219-1308
14385927        Peoples Natural Gas,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14520192       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14391139       +SouthWest Communities FCU,   ATTN: Edward T. Harvey, Esquire,
                 650 Smithfield Street, Suite 1700,   Pittsburgh, PA 15222-3913
14385928       +Southwest Community,   213 Pine Street,   Carnegie, PA 15106-2438
14385929       +Weiss Burkardt Kramer LLC,   445 Fort Pitt Blvd., Suite 503,   Pittsburgh, PA 15219-1308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 29 2018 02:13:56
                 Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
                 P.O. Box 165028,   Irving, TX  75016,   UNITED STATES 75016-5028
cr             +E-mail/Text: bheil@swcfcu.org Jun 29 2018 02:08:15
                 SouthWest Communities Federal Credit Union, former,   213 Pine Street,
                 Carnegie, PA 15106-2438
14385926        E-mail/Text: csc.bankruptcy@amwater.com Jun 29 2018 02:08:17   American Water,   PO Box 578,
                 Alton, IL 62002-0578
14385915       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 29 2018 02:13:19
                 Capital One Auto Finance,   P.O. Box 60511,   City of Industry, CA 91716-0511
14729471       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 29 2018 02:12:42
                 Capital One Auto Finance, c/o AIS Portfolio Servic,   P.O. Box 4360,   Houston, TX 77210-4360
14416886       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 29 2018 02:13:18
                 Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
                 Arlington, TX 76006-1347
14679668       +E-mail/Text: kburkley@bernsteinlaw.com Jun 29 2018 02:08:12    Duquesne Light Company,
                 c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14385921        E-mail/Text: cio.bncmail@irs.gov Jun 29 2018 02:07:24    IRS,   Department of Treasury,
                 Cincinnati, OH 45999
14661305        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 02:24:53
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14388409        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 02:25:18
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14520300        E-mail/Text: bheil@swcfcu.org Jun 29 2018 02:08:14    SouthWest Communities FCU,
                 formerly known as UES Community FCU,   213 Pine Street,   Carnegie, PA 15106-2438
14661999       +E-mail/Text: rmcbknotices@wm.com Jun 29 2018 02:08:05    Waste Management of Pennsylvania, Inc,
                 2625 W Grandview Rd Suite 150,   Phoenix, AZ 85023-3109
                                                                                              TOTAL: 12
```

```
District/off: 0315-2          User: jhel                Page 2 of 3                   Date Rcvd: Jun 28, 2018
                              Form ID: 149              Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Fifth Third Bank
cr              Fifth Third Bank, an Ohio Banking Corporation
cr              Montour School District c/o Weiss Burkardt Kramer,,    445 Fort Pitt Blvd., Suite 503,
                 Pittsburgh
14385920        Industrial Towel & Uniform, Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14520301*      +SouthWest Communities FCU,    formerly known as UES Community FCU,    213 Pine Street,
                 Carnegie, PA 15106-2438
14520303*      +SouthWest Communities FCU,    formerly known as UES Community FCU,    213 Pine Street,
                 Carnegie, PA 15106-2438
14520304*      +SouthWest Communities FCU,    formerly known as UES Community FCU,    213 Pine Street,
                 Carnegie, PA 15106-2438
                                                                                          TOTALS: 5, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Plaintiff Sandra   McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Edward   McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Sandra   McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Sandra   McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Edward T. Harvey    on behalf of Creditor    SouthWest Communities Federal Credit Union, formerly
               known as UES Community Federal Credit Union eharvey@hrslaw.com,    dscott@hrslaw.com
              James    Warmbrodt    on behalf of Defendant   Fifth Third Bank, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer,
               LLC. lmccurdy@wbklegal.com
              Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Mary F. Kennedy    on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Fifth Third Bank, an Ohio Banking Corporation
               mary@javardianlaw.com,   tami@javardianlaw.com
```

```
District/off: 0315-2          User: jhel              Page 3 of 3         Date Rcvd: Jun 28, 2018
                              Form ID: 149            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael   Kaminski    on behalf of Plaintiff Edward   McGrath mkaminski@c-vlaw.com,
         jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
        Michael   Kaminski    on behalf of Plaintiff Sandra   McGrath mkaminski@c-vlaw.com,
         jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                        TOTAL: 22