**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) Chapter 13 |
|     **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) Related Document No. 119 |
| Edward T. McGrath, | ) |
|     **Movants,** | ) |
|         vs. | ) |
| Anago Cleaning Systems, | ) |
|     **Respondent.** | ) Document No. |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number
and the Amended Wage Attachment Order Dated July 6, 2018**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 9, 2018.

**Service by First Class Mail**:
Mr. and Mrs. Edward McGrath, 75 Linshaw Avenue, Pittsburgh, PA 15205
Anago Cleaning Systems, ATTENTION: Bill Ross, 300 Old Pond Road, Suite 202, Pittsburgh, PA 15017

**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail or Electronic Notification.**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** July 9, 2018
          **BY:**    /s/ Donald R. Calaiaro
          **Donald R. Calaiaro, Esquire, PA I.D. #27538**
          dcalaiaro@c-vlaw.com
          **BY:**    /s/ David Z. Valencik
          **David Z. Valencik, Esquire, PA I.D. #308361**
          dvalencik@c-vlaw.com
          **BY:**    /s/ Michael Kaminski
          **Michael Kaminski, Esquire, PA I.D. 53493**
          mkaminski@c-vlaw.com
          **CALAIARO VALENCIK**
          **428 Forbes Avenue, Suite 900**
          **Pittsburgh, PA 15219-1621**
          **(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Chapter** 13 |
| **Debtors.** | ) |

### NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **Anago Cleaning Systems**

Debtor's name:  **Edward T. McGrath**

Debtor's nine digit social security number:  **xxx-xx-6222** (full number on Notification to Employer)

Debtor's address: **75 Linshaw Avenue, Pittsburgh, PA 15205**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

| | |
|---|---|
| **Dated:** July 9, 2018 | **BY:**     /s/ Donald R. Calaiaro<br>**Donald R. Calaiaro, Esquire, PA I.D. #27538**<br>dcalaiaro@c-vlaw.com<br>**BY:**     /s/ David Z. Valencik<br>**David Z. Valencik, Esquire,   PA I.D. #308361**<br>dvalencik@c-vlaw.com<br>**BY:**     /s/ Michael Kaminski<br>**Michael Kaminski, Esquire,   PA I.D. 53493**<br>mkaminski@c-vlaw.com<br>**CALAIARO VALENCIK**<br>**428 Forbes Avenue, Suite 900**<br>**Pittsburgh, PA  15219-1621**<br>**(412) 232-0930** |