**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>Edward T. McGrath and<br>Sandra McGrath,<br>　**Debtors,**<br>Standing Chapter 13 Trustee and<br>Edward T. McGrath,<br>　**Movants,**<br>　　**vs.**<br>GDI Integrated Facility Services,<br>　**Respondent.** | ) Bankruptcy No. 17-21086 CMB<br>)<br>) **Chapter** 13<br>) Related to:<br>) **Document No.**　123<br>)<br>)<br>)<br>)<br>) |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

　The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan

　**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from whom the Debtor, **Edward T. McGrath**, receives income:

　　GDI Integrated Facility Services
　　ATTN: Pete Ache
　　707 Grant Street, Suite 812
　　Pittsburgh, PA 15219

shall deduct from that income the sum of **$248.00 WEEKLY** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

　　Ronda J. Winnecour, Trustee
　　P.O.Box 84051
　　Chicago, IL 60689-4002

　**IT IS FURTHER ORDERED** that the above-named entity notify the Trustee if the Debtor's income is terminated and the reason therefore.

　**IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12 that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

　**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

　**IT IS FURTHER ORDERED** THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

　**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.

　**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administrations of this attachment order, except as may be allowed upon application to and order of this Court.

　**IT IS FURTHER ORDERED** that the debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

　Employers and others who fail to withhold funds and pay them over to the trustee as Ordered herein may be subject to sanctions including damages to debtor(s) and this estate.

　　Dated this ___3rd___ day of ___October___, 2018.

　　　　　　　　　_Carlota M. Böhm_　kmt
　　　　　　　　　Carlota M. Böhm, Chief Judge
　　　　　　　　　United States Bankruptcy Court

FILED
10/3/18 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21086-CMB
Edward T. McGrath                                                         Chapter 13
Sandra McGrath
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Oct 03, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Edward T. McGrath,   75 Linshaw Ave.,   Pittsburgh, PA 15205-2048
               +GDI Integrated Facility Services,   Attn: Pete Ache,   707 Grant Street, Suite 812,
                 Pittsburgh, PA 15219-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Sandra  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Edward  McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Sandra  McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Edward T. Harvey    on behalf of Creditor    SouthWest Communities Federal Credit Union, formerly
               known as UES Community Federal Credit Union eharvey@hrslaw.com,  dscott@hrslaw.com
              James  Warmbrodt    on behalf of Defendant    Fifth Third Bank, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer,
               LLC. lmccurdy@wbklegal.com
              Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Mary F. Kennedy    on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Fifth Third Bank, an Ohio Banking Corporation
               mary@javardianlaw.com,  tami@javardianlaw.com
              Michael  Kaminski    on behalf of Plaintiff Edward  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Michael  Kaminski    on behalf of Plaintiff Sandra  McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

```
District/off: 0315-2          User: kthe                 Page 2 of 2              Date Rcvd: Oct 03, 2018
                              Form ID: pdf900            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                              TOTAL: 22