## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.:  17-21086-CMB |
| EDWARD T. McGRATH and<br>SANDRA McGRATH, | CHAPTER 13 |
| Debtors, | |
| SOUTHWEST COMMUNITIES FCU<br>f/k/a UES COMMUNITY FCU, | |
| Movant, | DOCUMENT NO. ____ |
| | Hearing Date and Time: |
| EDWARD T. McGRATH and<br>SANDRA McGRATH, Debtors and<br>RONDA J. WINNECOUR, Chapter 13<br>Trustee, | **Tuesday, November 24, 2020 10:00 A.M.** |
| Respondents. | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF SOUTHWEST COMMUNITIES FCU f/k/a UES COMMUNITY FCU FOR MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **Monday, November 16, 2020**, (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the

Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A **telephonic** hearing will be held on **Tuesday, November 24, 2020 at 10:00 A.M.,** before Judge Carlotta M. Böhm.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Böhm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Respectfully submitted,

HERGENROEDER REGA
EWING & KENNEDY, LLC

DATE OF SERVICE:  10/28/2020          By:  /s Ryan G. Lemke
                                      Ryan G. Lemke, Esquire
                                      PA Id. No.:  201118
                                      *Counsel for Movant*

                                      Centre City Tower, Suite 1700
                                      650 Smithfield Street
                                      Pittsburgh, PA  15222
                                      Telephone:  (412) 208-3294
                                      Facsimile:  (412) 281-7727
                                      Email:      rlemke@hrslaw.com