## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 17-21086-CMB |
| EDWARD T. McGRATH and SANDRA McGRATH, | CHAPTER 13 |
| Debtors, | |
| SOUTHWEST COMMUNITIES FCU f/k/a UES COMMUNITY FCU, | |
| Movant, | DOCUMENT NO. _____ |
| | Hearing Date and Time: |
| EDWARD T. McGRATH and SANDRA McGRATH, Debtors and RONDA J. WINNECOUR, Chapter 13 Trustee, | **Tuesday, November 24, 2020 10:00 A.M.** |
| Respondents. | |

**CERTIFICATE OF SERVICE
OF MOTION FOR RELIEF FROM AUTOMATIC STAY,
NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION
OF SOUTHWEST COMMUNITIES FCU f/k/a UES COMMUNITY FCU
FOR MOTION FOR RELIEF FROM AUTOMATIC STAY,
AND DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on October 28, 2020.

The type(s) of service made on the parties was:  MAILED BY U.S. REGULAR MAIL

| | |
|---|---|
| Edward T. McGrath<br>Sandra McGrath<br>75 Linshaw Avenue<br>Pittsburgh, PA  15205<br>*Debtors* | Ronda J. Winnecour, Esquire<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br>*Chapter 13 Trustee* |
| Donald R. Calaiaro, Esquire<br>David Z. Valencik, Esquire<br>CALAIARO VALENCIK<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA  15222<br>*Counsel for Debtors* | Fifth Third Home Equity, Inc.<br>1000 E. 80th Place, N. Tower<br>Merrillville, IN  46410<br>*2nd Mortgage Holder* |

| | |
|---|---|
| Borough of Ingram<br>40 W. Prospect Avenue<br>Pittsburgh, PA  15205<br>*Creditor* | Montour School District<br>225 Clever Road<br>McKees Rocks, PA  15136<br>*Creditor* |
| Borough of Ingram, Montour School District and County of Allegheny<br>c/o GOEHRING, RUTTER & BOEHM<br>Jeffrey R. Hunt, Esquire<br>437 Grant Street<br>14th Floor Frick Building<br>Pittsburgh, PA  15219<br>*Counsel for Creditors, Borough of Ingram, Montour School District & County of Allegheny* | Montour School District<br>c/o WEISS BURKARDT KRAMER, LLC<br>445 Fort Pitt Boulevard, Suite 503<br>Pittsburgh, PA  15219<br>*Counsel for Creditor, Montour School District* |
| County of Allegheny<br>c/o John K. Weinstein, County Treasurer<br>Room 108, Courthouse<br>436 Grant Street<br>Pittsburgh, PA  15219<br>*Creditor* | |

                                                HERGENROEDER REGA
                                                EWING & KENNEDY, LLC

DATE OF SERVICE:  October 28, 2020      By: */s Ryan G. Lemke*
                                                      Ryan G. Lemke, Esquire
                                                      PA Id. No.:  201118
                                                      *Counsel for Movant*

                                                      Centre City Tower, Suite 1700
                                                      650 Smithfield Street
                                                      Pittsburgh, PA  15222
                                                      Telephone:  (412) 208-3294
                                                      Facsimile:   (412) 281-7727
                                                      Email:       rlemke@hrslaw.com