**Date: 11/24/2020 10:00 am**

**In re:    Edward T. McGrath**
**Sandra McGrath**

**Bankruptcy No. 17-21086-CMB**
**Chapter: 13**
**Doc. # 146**

**Appearances:  BY PHONE:  James Warmbrodt**
**Ryan G. Lemke;  Mark B. Peduto**

**Nature of Proceeding: #146 Motion For Relief From Automatic Stay (Creditor: Southwest Communities FCU f/k/a UES Community FCU - 75 Linshaw Avenue, Pittsburgh, Borough of Ingram, Allegheny County, Pennsylvania 15205)**

**Additional Pleadings: #149 Certificate of Service**
**#153 Response by Debtors**

**Judge's Notes:**
 - Lemke: Currently almost $2,000 in arrears. Informed that Debtor was out of work due to surgery and returning to work on 11/30.  Propose postponing to see if can get back on track.
 - Peduto: Also started receiving social security. Suggest continue to February.
 OUTCOME: Continued to 2/17 at 2pm.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
11/24/20 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 17-21086-CMB

Edward T. McGrath                                                         Chapter 13

Sandra McGrath

          Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: gamr                                    Page 1 of 2

Date Rcvd: Nov 24, 2020                  Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

**Recip ID                Recipient Name and Address**
jdb                    +  Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

**Name                         Email Address**

Brian Nicholas
                              on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com

David Z. Valencik
                              on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com
                              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
                              uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
                              on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com
                              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
                              uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
                              on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com
                              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped

District/off: 0315-2                          User: gamr                                    Page 2 of 2

Date Rcvd: Nov 24, 2020                  Form ID: pdf900                          Total Noticed: 1

uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik

on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com
cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Edward T. Harvey

on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union
eharvey@hrslaw.com, dscott@hrslaw.com

James Warmbrodt

on behalf of Defendant Fifth Third Bank  N.A. bkgroup@kmllawgroup.com

Jeffrey R. Hunt

on behalf of Creditor Borough of Ingram jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Montour School District jhunt@grblaw.com  cnoroski@grblaw.com

Laura McCurdy

on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com,
jburkardt@wbklegal.com

Laurence A. Mester

on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mark B. Peduto

on behalf of Joint Debtor Sandra McGrath mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto

on behalf of Debtor Edward T. McGrath mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mary F. Kennedy

on behalf of Defendant Fifth Third Bank  N.A. mary@javardianlaw.com, angie.harrigan@javardianlaw.com

Mary F. Kennedy

on behalf of Creditor Fifth Third Bank  an Ohio Banking Corporation mary@javardianlaw.com,
angie.harrigan@javardianlaw.com

Michael Kaminski

on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski

on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Ryan G Lemke

on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union
rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 25