# PROCEEDING MEMO

**Date: 02/17/2021 02:00 pm**

In re:  Edward T. McGrath
        Sandra McGrath

                                                            **Bankruptcy No. 17-21086-CMB**
                                                            **Chapter: 13**
                                                            **Doc. # 146**

**Appearances:** BY ZOOM: Owen Katz, Mark B. Peduto, Ryan Lemke (not present)

**Nature of Proceeding:** #146 Continued Hearing Re: Motion For Relief From Automatic Stay (Creditor: Southwest Communities FCU f/k/a Community FCU - 75 Linshaw Avenue, Pittsburgh, Borough of Ingram, Allegheny County, Pennsylvania 15205)

**Additional Pleadings:** #153 Response by Debtors
                            #157 Proceeding Memo from 11/24/2020 Hearing on #146 - Continued to 02/17/2021 at 2:00 p.m.

**Judge's Notes:**
-Peduto: Debtor has resumed payments. Several discussions about urgency and need to make plan payments on regular basis.
-Motion for relief from stay was filed by Attorney Lemke and he did not make an appearance.
OUTCOME: Continued to 3/1 at 10:00 am.
-Attorney Peduto to contact Attorney Lemke and inform him matter was continued. Motion will be denied if no one appears at the continued hearing.

                                                        **Carlota Böhm**
                                                        **Chief U.S. Bankruptcy Judge**

                                                         FILED
                                                         2/18/21 1:22 pm
                                                         CLERK
                                                         U.S. BANKRUPTCY
                                                         COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21086-CMB |
| Edward T. McGrath | Chapter 13 |
| Sandra McGrath | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward T. McGrath, Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com<br>cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com<br>cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com<br>cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped |

Case 17-21086-CMB    Doc 165    Filed 02/20/21    Entered 02/21/21 00:37:58    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Edward T. Harvey | on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com |
| James Warmbrodt | on behalf of Defendant Fifth Third Bank N.A. bkgroup@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Ingram jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com cnoroski@grblaw.com |
| Laura McCurdy | on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Laurence A. Mester | on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Mark B. Peduto | on behalf of Debtor Edward T. McGrath mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Sandra McGrath mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mary F. Kennedy | on behalf of Defendant Fifth Third Bank N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| Mary F. Kennedy | on behalf of Creditor Fifth Third Bank an Ohio Banking Corporation mary@javardianlaw.com, coleen@javardianlaw.com |
| Michael Kaminski | on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com |
| Michael Kaminski | on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan G Lemke | on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union rlemke@hrslaw.com, dscott@hrslaw.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 25