# PROCEEDING MEMO

**Date: 03/01/2021 10:00 am**

**In re:   Edward T. McGrath**
**Sandra McGrath**

Bankruptcy No. 17-21086-CMB
Chapter: 13
Doc. # 146

**Appearances:** BY ZOOM: James Warmbrodt, Mark B. Peduto, Ryan Lemke (not present)

**Nature of Proceeding:** #146 Continued Hearing Re: Motion For Relief From Automatic Stay (Creditor: Southwest Communities FCU f/k/a Community FCU - 75 Linshaw Avenue, Pittsburgh, Borough of Ingram, Allegheny County, Pennsylvania 15205)

**Additional Pleadings:** #153 Response by Debtors
#157 Proceeding Memo from 11/24/2020 Hearing - Continued to 02/17/2021 at 2:00 p.m.
#162 Proceeding Memo from 02/17/2021 Hearing - Continued to 03/01/2021 at 10:00 a.m. - Attorney Peduto to contact Attorney Lemke and inform him matter was continued. Motion will be denied if no one appears at the continued hearing

**Judge's Notes:**
-Peduto: Per court's instructions, contacted Attorney Lemke after last hearing. Plan has been confirmed. Attorney Lemke indicated he would withdraw motion.
-Attorney Lemke was not present.
OUTCOME: Motion denied. Order will be entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/1/21 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA