IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 17-21086-CMB |
| EDWARD T. McGRATH and SANDRA McGRATH, | CHAPTER 13 |
| Debtors, | Related to: Document No. 146 |
| SOUTHWEST COMMUNITIES FCU f/k/a UES COMMUNITY FCU, | |
| Movant, | |
| EDWARD T. McGRATH and SANDRA McGRATH, Debtors and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents. | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this __1st__ day of __March__ 2021, at Pittsburgh, Pennsylvania, upon Motion of **SouthWest Communities FCU, f/k/a UES Community FCU** (Movant), it is:

ORDERED AND DECREED THAT: The Motion for Relief From Automatic Stay is DENIED.

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
3/1/21 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21086-CMB
Edward T. McGrath  Chapter 13
Sandra McGrath
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Mar 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward T. McGrath, Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped |

Case 17-21086-CMB    Doc 169    Filed 03/03/21    Entered 03/04/21 00:52:57    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
        on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com
        cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Edward T. Harvey
        on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com

James Warmbrodt
        on behalf of Defendant Fifth Third Bank N.A. bkgroup@kmllawgroup.com

Jeffrey R. Hunt
        on behalf of Creditor Borough of Ingram jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
        on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
        on behalf of Creditor Montour School District jhunt@grblaw.com cnoroski@grblaw.com

Laura McCurdy
        on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Laurence A. Mester
        on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Mark B. Peduto
        on behalf of Debtor Edward T. McGrath mpeduto@c-vlaw.com
        jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
        on behalf of Joint Debtor Sandra McGrath mpeduto@c-vlaw.com
        jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mary F. Kennedy
        on behalf of Defendant Fifth Third Bank N.A. mary@javardianlaw.com, coleen@javardianlaw.com

Mary F. Kennedy
        on behalf of Creditor Fifth Third Bank an Ohio Banking Corporation mary@javardianlaw.com, coleen@javardianlaw.com

Michael Kaminski
        on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com
        jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski
        on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com
        jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
        on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Ryan G Lemke
        on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 25