# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Edward T. McGrath, | ) **Related Document No.** 171-170 |
| Sandra McGrath, | ) |
|     **Movants,** | ) **Hearing Date:** 04/12/21 @ 10:00 a.m. |
|     **vs.** | ) |
| Standing Chapter 13 Trustee and | ) **Response Due:** 03/26/21 |
| The Western and Southern Life | ) |
| Insurance Company, | ) |
|     **Respondents.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Scheduling Dates for Response and Zoom Hearing on Motion and Debtor's Motion to Terminate Wage Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 10, 2021.

**Service by First Class Mail**:
Mr. and Mrs. Edward McGrath, 75 Linshaw Avenue, Pittsburgh, PA 15205
The Western and Southern Life Insurance Company, ATTN: Julie Calhoun, 3 Penn Center West, Suite 340, Pittsburgh, PA 15205

**Service by NEF**:
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or NEF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:**  March 10, 2021

/s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**