**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21086 CMB |
| Edward T. McGrath and | ) **Chapter 13** |
| Sandra McGrath, | ) |
| **Debtors,** | ) **Related Document No.** 170-171 |
| Edward T. McGrath and | ) |
| Sandra McGrath, | ) **Hearing Date:** 04/12/21 @ 10:00 a.m. |
| **Movants,** | ) **Response Due:** 03/26/21 |
| v. | ) |
| Standing Chapter 13 Trustee and | ) |
| The Western and Southern Life | ) |
| Insurance Company, | ) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTORS' MOTION TO TERMINATE WAGE ORDER**
**- Document No. 170**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Motion to Terminate Wage Order** filed on March 5, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtors' Motion to Terminate Wage Order** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtors' Motion to Terminate Wage Order** were to be filed and served no later than March 23, 2018.

It is hereby respectfully requested that the Order attached to the **Debtors' Motion to Terminate Wage Order** be entered by the Court.

**Dated:** March 8, 2021

**BY**: /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**