IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edward T. McGrath and<br>Sandra McGrath,<br>**Debtors,**<br>Edward T. McGrath,<br>Sandra McGrath,<br>**Movants,**<br>vs.<br>Standing Chapter 13 Trustee and<br>The Western and Southern Life<br>Insurance Company,<br>**Respondents.** | ) Bankruptcy No. 17-21086 CMB<br>)<br>) **Chapter** 13<br>)<br>) Related to: Document No. 170<br>)<br>) **ENTERED BY DEFAULT**<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

**AND NOW,** to-wit, this 30th day of March, 2021, on motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the wage order dated January 14, 2019, at Document No. 132, attaching the wages of the Debtor, Edward T. McGrath, at The Western and Southern Life Insurance Company is hereby terminated.

By the Court,

*Carlota M. Böhm*
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

FILED
3/30/21 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21086-CMB |
| Edward T. McGrath | Chapter 13 |
| Sandra McGrath | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward T. McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |
| | + | The Western and Southern Life Insurance Company, Attn: Julie Calhoun, 3 Penn Center West, Suite 340, Pittsburgh, PA 15276-0112 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| David Z. Valencik | |
| | on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | |
| | on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | |

Case 17-21086-CMB    Doc 175    Filed 04/01/21    Entered 04/02/21 00:46:05    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

David Z. Valencik
on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com
cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com
cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Edward T. Harvey
on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union
eharvey@hrslaw.com, dscott@hrslaw.com

James Warmbrodt
on behalf of Defendant Fifth Third Bank  N.A. bkgroup@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Ingram jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Montour School District jhunt@grblaw.com  cnoroski@grblaw.com

Laura McCurdy
on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com,
jburkardt@wbklegal.com

Laurence A. Mester
on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mark B. Peduto
on behalf of Debtor Edward T. McGrath mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
on behalf of Joint Debtor Sandra McGrath mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mary F. Kennedy
on behalf of Defendant Fifth Third Bank  N.A. mary@javardianlaw.com, coleen@javardianlaw.com

Mary F. Kennedy
on behalf of Creditor Fifth Third Bank  an Ohio Banking Corporation mary@javardianlaw.com, coleen@javardianlaw.com

Michael Kaminski
on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski
on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Ryan G Lemke
on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union
rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 25