**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/18/2022

IN RE:

EDWARD T. MCGRATH
SANDRA MCGRATH
75 LINSHAW AVE.
PITTSBURGH, PA 15205
XXX-XX-6222         Debtor(s)

XXX-XX-2683

Case No.17-21086 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 5368/PRAE |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 5    INT %: 5.00%<br>Court Claim Number: 2-2<br>CLAIM:  1,107.99<br>COMMENT:  SURR/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7921 |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br><br>CINCINNATI, OH  45263-7640 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AVD/STIP*NT ADR~2ND/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8902 |
| **SOUTHWEST COMMUNITIES FCU**<br>213 PINE ST<br><br>CARNEGIE, PA  15106 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM:  0.00<br>COMMENT:  LOAN MOD@CID37 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4441 |
| **EDWARD T HARVEY ESQ**<br>HERGENROEDER ET AL<br>650 SMITHFIELD ST STE 1700<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DKT*16/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6222 |
| **INGRAM BOROUGH - R/E TAX**<br>C/O CURRENT YEAR COLLECTOR<br>40 W PROSPECT AVE<br>PITTSBURGH, PA  15205 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  45.09<br>COMMENT:  RMVD/AMD PL*PRI/PRIOR CONFD PL*17/SCH*ND LANG PMT PROPER!! | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0000 |

| CLAIM RECORDS | | | |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:11  INT %: 12.00% <br> Court Claim Number: <br> CLAIM: 8.22 <br> COMMENT: RMVD/AMD PL*PRI/PRIOR CONFD PL*17/SCH*ND LANG PMTS ARE PROPER! | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 7601 | |
| **INGRAM BOROUGH (RE)** <br> C/O JORDAN TAX SVC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:12  INT %: 10.00% <br> Court Claim Number:6 <br> CLAIM: 2,049.60 <br> COMMENT: $CL-PL@10%/PL*L/B 70-R-348*2013-16/CL*13-15/SCH*WNTS 10%*W/30 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: R348 | |
| **INGRAM BOROUGH (RE)** <br> C/O JORDAN TAX SVC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: RMVD/AMD PL*PRI/PRIOR CONFD PL*DKT*16/SCH | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 0767 | |
| **JORDAN TAX SERVICE INC**\*\* <br> 102 RAHWAY RD <br> MC MURRAY, PA 15317 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: RMVD/AMD PL*12~ALLEGHENY COUNTY SOUTHWEST TAX/SCH*VERIFY PAYEE & | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 5731 | |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:15  INT %: 12.00% <br> Court Claim Number:8 <br> CLAIM: 1,248.72 <br> COMMENT: $CL-PL@12%*15,16/SCH*2014-17/CL*WNTS 12%*W/31*L/B 70-R-348 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: R348 | |
| **MONTOUR SD (INGRAM) (RE)** <br> C/O WEISS BURKARDT KRAMER LLC - DLNQ CLC <br> 445 FORT PITT BLVD STE 503 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:16  INT %: 10.00% <br> Court Claim Number:9 <br> CLAIM: 6,648.42 <br> COMMENT: $CL-PL@10%*2012-16*WNTS 10%*W/29 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: R348 | |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 2,523.52 <br> COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6222 | |
| **INDUSTRIAL TOWEL AND UNIFORM** <br> 2700 S 160TH ST <br> NEW BERLIN, WI 53151 | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JDGMNT 14 00 9898/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | |
| **INGRAM BOROUGH (SWG)** <br> C/O JORDAN TAX SVC INC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: 16/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9010 | |
| **INGRAM BOROUGH (SWG)** <br> C/O JORDAN TAX SVC INC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:20  INT %: 10.00% <br> Court Claim Number:5 <br> CLAIM: 1,007.07 <br> COMMENT: $CL-PL@10%*UNS/SCH*THR 4-17/CL*17*WNTS 10% | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: R348 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AMERICAN WATER(*)**<br>PO BOX 371412<br><br>PITTSBURGH, PA  15250-7412 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,259.90<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6367 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  552.16<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8885 |
| **HARRY READSHAW ESQ**<br>C/O ECKERT SEAMANS ET AL<br>600 GRANT ST 44TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX  77210 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  3,458.66<br>COMMENT:  SURR @ 5*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7921 |
| **SOUTHWEST COMMUNITIES FCU**<br>213 PINE ST<br><br>CARNEGIE, PA  15106 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MOD@CID37 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4441 |
| **LINCOLN BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIV) - DLNQ C<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  RMVD/AMD PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5G33 |
| **SOUTHWEST COMMUNITIES FCU**<br>213 PINE ST<br><br>CARNEGIE, PA  15106 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  4,408.68<br>COMMENT:  LOAN MOD@CID37*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  4441 |
| **MONTOUR SD & INGRAM BOROUGH (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  2,655.52<br>COMMENT:  $CL-PL*NT/SCH*2010-12/CL-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6222 |
| **MONTOUR SD (INGRAM) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  3,126.05<br>COMMENT:  $CL-PL@0%/PL*2012-16*NON%*W/16 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  R348 |
| **INGRAM BOROUGH (RE)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  846.40<br>COMMENT:  $CL-PL@0%*L/B 70-R-348*2013-16/C*13-15/SCH*NON%*W/12 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  R348 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 446.87 <br> COMMENT: $CL-PL@0%/PL*15,16/SCH*2014-17/CL*NON%*W/15*L/B 70-R-348 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: R348 |
| **CAPITAL ONE NA**** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 2,896.24 <br> COMMENT: KOHLS*NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8459 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 555.43 <br> COMMENT: NT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9223 |
| **WASTE MANAGEMENT* (PMT)** <br> ATTN BANKRUPTCY DEPT <br> 1001 FANNIN ST STE 4000 <br> HOUSTON, TX 77002 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 234.28 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3665 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 394.79 <br> COMMENT: NT/SCH*CAPITAL ONE*CHG OFF 2/14/2017 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2542 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/OE-PL*DKT4PMT*BGN 9/17 DIST*DK | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 7045 |
| **SOUTHWEST COMMUNITIES FCU** <br> 213 PINE ST <br> CARNEGIE, PA 15106 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 01-2 <br> CLAIM: 0.00 <br> COMMENT: PMT/LOAN MOD-PL*BGN 3/18*517.28 X 59+2=LMT*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4441 |
| **AMERICAN CREDIT ACCEPTANCE** <br> ATTN PAYMENT PROCESSING <br> 961 E MAIN ST <br> SPARTANBURG, SC 29302 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 0.00 <br> COMMENT: PD OUTSIDE/RPRT OF SALE-CONF*15384.64CL*390.94/MO~BGN 3/18*DK! | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 6222 |
| **INGRAM BOROUGH (SWG)** <br> C/O JORDAN TAX SVC INC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 39  INT %: 10.00% <br> Court Claim Number: <br> CLAIM: 3,517.39 <br> COMMENT: 70R348*$@10%/PL*POST-PET/PL ~ NO TAX YRS*INT BGN 7/20 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: R348 |