**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD T. MCGRATH<br>SANDRA MCGRATH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-21086<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/21/2017 and confirmed on 5/31/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 82,632.53 |
| Less Refunds to Debtor | | 2,753.54 | |
| TOTAL AMOUNT OF PLAN FUND | | | 79,878.99 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 5,000.00 | |
|    Trustee Fee | | 3,563.10 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,563.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SOUTHWEST COMMUNITIES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4441 | | | | |
|   SOUTHWEST COMMUNITIES FCU | 4,408.68 | 4,408.68 | 0.00 | 4,408.68 |
|     Acct: 4441 | | | | |
|   SOUTHWEST COMMUNITIES FCU | 0.00 | 32,588.64 | 0.00 | 32,588.64 |
|     Acct: 4441 | | | | |
|   SOUTHWEST COMMUNITIES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4441 | | | | |
|   INGRAM BOROUGH - R/E TAX | 45.09 | 45.09 | 0.00 | 45.09 |
|     Acct: 0000 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 8.22 | 8.22 | 24.32 | 32.54 |
|     Acct: 7601 | | | | |
|   INGRAM BOROUGH (RE) | 2,049.60 | 2,049.60 | 783.28 | 2,832.88 |
|     Acct: R348 | | | | |
|   INGRAM BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0767 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5731 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,248.72 | 1,248.72 | 585.83 | 1,834.55 |
|     Acct: R348 | | | | |
|   MONTOUR SD (INGRAM) (RE) | 6,648.42 | 6,648.42 | 2,542.33 | 9,190.75 |
|     Acct: R348 | | | | |
|   INGRAM BOROUGH (SWG) | 1,007.07 | 1,007.07 | 329.81 | 1,336.88 |
|     Acct: R348 | | | | |
|   LINCOLN BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G33 | | | | |
|   MONTOUR SD (INGRAM) (RE) | 3,126.05 | 3,126.05 | 0.00 | 3,126.05 |
|     Acct: R348 | | | | |
|   INGRAM BOROUGH (RE) | 846.40 | 846.40 | 0.00 | 846.40 |
|     Acct: R348 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 446.87 | 446.87 | 0.00 | 446.87 |
|     Acct: R348 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,107.99 | 1,107.99 | 278.79 | 1,386.78 |
|     Acct: 7921 | | | | |
| | | | | 58,076.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD T. MCGRATH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD T. MCGRATH | 2,753.54 | 2,753.54 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6222 | | | | |
| MONTOUR SD & INGRAM BOROUGH (EIT) | 2,655.52 | 2,655.52 | 0.00 | 2,655.52 |
| Acct: 6222 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 6,218.84 | 0.00 | 6,218.84 |
| Acct: 7045 | | | | |
| AMERICAN CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6222 | | | | |
| INGRAM BOROUGH (SWG) | 3,517.39 | 3,517.39 | 848.03 | 4,365.42 |
| Acct: R348 | | | | |
| | | | | 13,239.78 |
| **Unsecured** | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8902 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,523.52 | 0.00 | 0.00 | 0.00 |
| Acct: 6222 | | | | |
| INDUSTRIAL TOWEL AND UNIFORM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INGRAM BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9010 | | | | |
| AMERICAN WATER(*) | 1,259.90 | 0.00 | 0.00 | 0.00 |
| Acct: 6367 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 552.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8885 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 3,458.66 | 0.00 | 0.00 | 0.00 |
| Acct: 7921 | | | | |
| CAPITAL ONE NA** | 2,896.24 | 0.00 | 0.00 | 0.00 |
| Acct: 8459 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 555.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
| WASTE MANAGEMENT* (PMT) | 234.28 | 0.00 | 0.00 | 0.00 |
| Acct: 3665 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 394.79 | 0.00 | 0.00 | 0.00 |
| Acct: 2542 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD T HARVEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17-21086 | | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | HARRY READSHAW ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 71,315.89 |
| TOTAL CLAIMED | | |
| PRIORITY | 6,172.91 | |
| SECURED | 20,943.11 | |
| UNSECURED | 11,874.98 | |

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDWARD T. MCGRATH
SANDRA MCGRATH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-21086

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21086-CMB
Edward T. McGrath     Chapter 13
Sandra McGrath
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jul 27, 2023     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward T. McGrath, Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |
| cr | + | Borough of Ingram, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14646892 | + | Borough of Ingram, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14646917 | + | Borough of Ingram/Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14385916 | + | Duquesne Light Company, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0067 |
| 14385917 | + | Edward T. Harvey, Esquire, Hergenroeder Rega Ewing & Kennedy, LLC, 650 Smithfield St. , Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385919 | + | Harry A. Readshaw, Esquire, Eckert Seamans Cherin & Mellott, LLC, 60 Grant Street, 44th Floor, Pittsburgh, PA 15223-1820 |
| 14385922 | + | Janet Chada, 40 West Prospect AVe., Pittsburgh, PA 15205-2241 |
| 14385923 | + | John K. Weinstein, County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 14385924 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14385925 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 14647952 | + | Montour School District, C/O Weiss Burkardt Kramer, LLC., 445 Fort Pitt Blvd., Ste. 503, Pittsburgh, PA 15219-1308 |
| 14391139 | + | SouthWest Communities FCU, ATTN: Edward T. Harvey, Esquire, 650 Smithfield Street, Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385928 | + | Southwest Community, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14385929 | + | Weiss Burkhardt Kramer LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2023 23:39:49 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 23:27:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 23:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bheil@swcfcu.org | Jul 27 2023 23:28:00 | SouthWest Communities Federal Credit Union, former, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14922356 | + | Email/Text: bankruptcy@acacceptance.com | Jul 27 2023 23:27:00 | American Credit Acceptance dba Auto Finance, 961 E. Main St., Spartanburg SC 29302-2149 |
| 14385926 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2023 23:28:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14385915 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2023 23:26:55 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14729471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2023 23:26:05 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 14416886 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2023 23:26:47 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14649342 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 23:39:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14646918 | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 23:27:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14679668 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2023 23:28:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14385918 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 27 2023 23:28:00 | Fifth Third Bank, 5050 Kingsley, 1M0C2J, Cincinnati, OH 45263 |
| 14385921 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 23:27:00 | IRS, Department of Treasury, Cincinnati, OH 45999 |
| 14661305 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 23:39:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14388409 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 23:39:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14385927 | ^ | MEBN | Jul 27 2023 23:19:18 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14520192 | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 23:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14520300 | + | Email/Text: bheil@swcfcu.org | Jul 27 2023 23:28:00 | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14661999 | + | Email/Text: rmcbknotices@wm.com | Jul 27 2023 23:28:00 | Waste Management of Pennsylvania, Inc, 2625 W Grandview Rd Suite 150, Phoenix, AZ 85023-3109 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Fifth Third Bank |
| cr | | Fifth Third Bank, an Ohio Banking Corporation |
| cr | | Montour School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| 14385920 | | Industrial Towel & Uniform, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520301 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520303 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520304 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 17-21086-CMB    Doc 182    Filed 07/29/23    Entered 07/30/23 00:22:52    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Edward T. McGrath apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Sandra McGrath apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| David Z. Valencik | on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Edward T. Harvey | on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com |
| James Warmbrodt | on behalf of Defendant Fifth Third Bank N.A. bkgroup@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Ingram jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com |
| Laura McCurdy | on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

Laurence A. Mester
 on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mary F. Kennedy
 on behalf of Defendant Fifth Third Bank  N.A. mary@javardianlaw.com,
 tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Mary F. Kennedy
 on behalf of Creditor Fifth Third Bank  an Ohio Banking Corporation mary@javardianlaw.com,
 tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Michael Kaminski
 on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com
 jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski
 on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com
 jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
 on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
 ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Ryan G Lemke
 on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union
 rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 25