## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 17-21086-CMB |
| Edward T. McGrath, and | ) **Chapter** 13 |
| Sandra L. McGrath, | ) |
| **Debtors,** | ) **Document No.** |

### DEBTORS' CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any domestic support obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 19, 2017 at Docket No. 35, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by the Debtors who have carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

**Respectfully submitted,**

**DATED:** September 11, 2023

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esquire**
PA I.D. No. 328784
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Phone:     (412) 232-0930
Fax:         (412) 232-3858
Email:      apratt@c-vlaw.com