| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward T. McGrath<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6222<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sandra McGrath<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2683<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–21086–CMB | | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward T. McGrath                           Sandra McGrath

9/21/23                                                **By the court:** Carlota M Bohm
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edward T. McGrath  
Sandra McGrath  
    Debtors

Case No. 17-21086-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto      Page 1 of 4  
Date Rcvd: Sep 21, 2023      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward T. McGrath, Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |
| cr | + | Borough of Ingram, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14646892 | + | Borough of Ingram, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14646917 | + | Borough of Ingram/Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14385916 | + | Duquesne Light Company, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0067 |
| 14385917 | + | Edward T. Harvey, Esquire, Hergenroeder Rega Ewing & Kennedy, LLC, 650 Smithfield St., Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385919 | + | Harry A. Readshaw, Esquire, Eckert Seamans Cherin & Mellott, LLC, 60 Grant Street, 44th Floor, Pittsburgh, PA 15223-1820 |
| 14385922 | + | Janet Chada, 40 West Prospect AVe., Pittsburgh, PA 15205-2241 |
| 14385923 | + | John K. Weinstein, County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 14385924 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14385925 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 14647952 | + | Montour School District, C/O Weiss Burkardt Kramer, LLC., 445 Fort Pitt Blvd., Ste. 503, Pittsburgh, PA 15219-1308 |
| 14391139 | + | SouthWest Communities FCU, ATTN: Edward T. Harvey, Esquire, 650 Smithfield Street, Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385928 | + | Southwest Community, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14385929 | + | Weiss Burkhardt Kramer LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 22 2023 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 22 2023 03:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Sep 22 2023 03:26:00 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + Email/Text: ebnjts@grblaw.com | | |

Case 17-21086-CMB    Doc 187    Filed 09/23/23    Entered 09/24/23 00:25:30    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2023 23:32:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 21 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bheil@swcfcu.org | Sep 21 2023 23:33:00 | SouthWest Communities Federal Credit Union, former, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14922356 | + | Email/Text: bankruptcy@acacceptance.com | Sep 21 2023 23:32:00 | American Credit Acceptance dba Auto Finance, 961 E. Main St., Spartanburg SC 29302-2149 |
| 14385926 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 21 2023 23:33:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14385915 | + | EDI: CAPONEAUTO.COM | Sep 22 2023 03:26:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14729471 | + | EDI: AISACG.COM | Sep 22 2023 03:26:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 14416886 | + | EDI: AISACG.COM | Sep 22 2023 03:26:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14649342 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 23:58:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14646918 | + | Email/Text: ebnjts@grblaw.com | Sep 21 2023 23:32:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14679668 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 21 2023 23:32:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14385918 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 21 2023 23:32:00 | Fifth Third Bank, 5050 Kingsley, 1M0C2J, Cincinnati, OH 45263 |
| 14385921 | | EDI: IRS.COM | Sep 22 2023 03:26:00 | IRS, Department of Treasury, Cincinnati, OH 45999 |
| 14661305 | | EDI: PRA.COM | Sep 22 2023 03:26:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14388409 | + | EDI: RECOVERYCORP.COM | Sep 22 2023 03:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14385927 | ^ | MEBN | Sep 21 2023 23:24:27 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14520192 | + | Email/Text: ebnpeoples@grblaw.com | Sep 21 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14520300 | + | Email/Text: bheil@swcfcu.org | Sep 21 2023 23:33:00 | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14661999 | + | Email/Text: rmcbknotices@wm.com | Sep 21 2023 23:32:00 | Waste Management of Pennsylvania, Inc, 2625 W Grandview Rd Suite 150, Phoenix, AZ 85023-3109 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |

| | | |
|---|---|---|
| cr | | Fifth Third Bank |
| cr | | Fifth Third Bank, an Ohio Banking Corporation |
| cr | | Montour School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| 14385920 | | Industrial Towel & Uniform, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520301 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520303 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520304 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Edward T. McGrath apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Andrew Kevin Pratt
    on behalf of Joint Debtor Sandra McGrath apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
    on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
    on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
    on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
    on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c

Case 17-21086-CMB    Doc 187    Filed 09/23/23    Entered 09/24/23 00:25:30    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 3180W | Total Noticed: 37 |

om;eballa@c-vlaw.com

Edward T. Harvey

    on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com

James Warmbrodt

    on behalf of Defendant Fifth Third Bank  N.A. bkgroup@kmllawgroup.com

Jeffrey R. Hunt

    on behalf of Creditor Borough of Ingram jhunt@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor Montour School District jhunt@grblaw.com

Laura McCurdy

    on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Laurence A. Mester

    on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mary F. Kennedy

    on behalf of Defendant Fifth Third Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Mary F. Kennedy

    on behalf of Creditor Fifth Third Bank  an Ohio Banking Corporation mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Michael Kaminski

    on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski

    on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

Ryan G Lemke

    on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 25