**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
EDWARD T. MCGRATH
SANDRA MCGRATH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-21086

Chapter 13

Document No.: 180

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 21st day of September, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/21/23 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21086-CMB |
| Edward T. McGrath | Chapter 13 |
| Sandra McGrath | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward T. McGrath, Sandra McGrath, 75 Linshaw Ave., Pittsburgh, PA 15205-2048 |
| cr | + | Borough of Ingram, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14646892 | + | Borough of Ingram, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14646917 | + | Borough of Ingram/Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14385916 | + | Duquesne Light Company, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0067 |
| 14385917 | + | Edward T. Harvey, Esquire, Hergenroeder Rega Ewing & Kennedy, LLC, 650 Smithfield St. , Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385919 | + | Harry A. Readshaw, Esquire, Eckert Seamans Cherin & Mellott, LLC, 60 Grant Street, 44th Floor, Pittsburgh, PA 15223-1820 |
| 14385922 | + | Janet Chada, 40 West Prospect AVe., Pittsburgh, PA 15205-2241 |
| 14385923 | + | John K. Weinstein, County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 14385924 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14385925 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 14647952 | + | Montour School District, C/O Weiss Burkardt Kramer, LLC., 445 Fort Pitt Blvd., Ste. 503, Pittsburgh, PA 15219-1308 |
| 14391139 | + | SouthWest Communities FCU, ATTN: Edward T. Harvey, Esquire, 650 Smithfield Street, Suite 1700, Pittsburgh, PA 15222-3913 |
| 14385928 | + | Southwest Community, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14385929 | + | Weiss Burkhardt Kramer LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:46:56 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 21 2023 23:32:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 21 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bheil@swcfcu.org | Sep 21 2023 23:33:00 | SouthWest Communities Federal Credit Union, former, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14922356 | + | Email/Text: bankruptcy@acacceptance.com | Sep 21 2023 23:32:00 | American Credit Acceptance dba Auto Finance, 961 E. Main St., Spartanburg SC 29302-2149 |
| 14385926 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 21 2023 23:33:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14385915 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2023 23:47:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14729471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:47:52 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 14416886 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 23:47:24 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14649342 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 23:48:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14646918 | + | Email/Text: ebnjts@grblaw.com | Sep 21 2023 23:32:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14679668 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 21 2023 23:32:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14385918 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 21 2023 23:32:00 | Fifth Third Bank, 5050 Kingsley, 1M0C2J, Cincinnati, OH 45263 |
| 14385921 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 23:32:00 | IRS, Department of Treasury, Cincinnati, OH 45999 |
| 14661305 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2023 23:47:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14388409 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 21 2023 23:46:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14385927 | ^ | MEBN | Sep 21 2023 23:24:27 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14520192 | + | Email/Text: ebnpeoples@grblaw.com | Sep 21 2023 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14520300 | + | Email/Text: bheil@swcfcu.org | Sep 21 2023 23:33:00 | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14661999 | + | Email/Text: rmcbknotices@wm.com | Sep 21 2023 23:32:00 | Waste Management of Pennsylvania, Inc, 2625 W Grandview Rd Suite 150, Phoenix, AZ 85023-3109 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Fifth Third Bank |
| cr | | Fifth Third Bank, an Ohio Banking Corporation |
| cr | | Montour School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| 14385920 | | Industrial Towel & Uniform, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520301 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520303 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| 14520304 | *+ | SouthWest Communities FCU, formerly known as UES Community FCU, 213 Pine Street, Carnegie, PA 15106-2438 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**          **Email Address**

Andrew Kevin Pratt
  on behalf of Debtor Edward T. McGrath apratt@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Andrew Kevin Pratt
  on behalf of Joint Debtor Sandra McGrath apratt@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
  on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com

David Z. Valencik
  on behalf of Plaintiff Sandra McGrath dvalencik@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
  on behalf of Plaintiff Edward McGrath dvalencik@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
  on behalf of Debtor Edward T. McGrath dvalencik@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

David Z. Valencik
  on behalf of Joint Debtor Sandra McGrath dvalencik@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
  on behalf of Joint Debtor Sandra McGrath dcalaiaro@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
  on behalf of Debtor Edward T. McGrath dcalaiaro@c-vlaw.com
  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Edward T. Harvey
  on behalf of Creditor SouthWest Communities Federal Credit Union  formerly known as UES Community Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com

James Warmbrodt
  on behalf of Defendant Fifth Third Bank  N.A. bkgroup@kmllawgroup.com

Jeffrey R. Hunt
  on behalf of Creditor Borough of Ingram jhunt@grblaw.com

Jeffrey R. Hunt
  on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
  on behalf of Creditor Montour School District jhunt@grblaw.com

Laura McCurdy
  on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com,

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 35 |

jburkardt@wbklegal.com

Laurence A. Mester
on behalf of Defendant Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Mary F. Kennedy
on behalf of Defendant Fifth Third Bank N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Mary F. Kennedy
on behalf of Creditor Fifth Third Bank an Ohio Banking Corporation mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Michael Kaminski
on behalf of Plaintiff Edward McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Michael Kaminski
on behalf of Plaintiff Sandra McGrath mkaminski@c-vlaw.com
jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Ryan G Lemke
on behalf of Creditor SouthWest Communities Federal Credit Union formerly known as UES Community Federal Credit Union rlemke@hrslaw.com, dscott@hrslaw.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 25